IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSLYN D. HOLLOWAY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| ANDREW SAUL,[1] | : | NO. 19-392 |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 30th day of December, 2019, upon consideration of Plaintiff's Request for Review and Brief in support thereof (Doc. No. 11), Defendant's Response in opposition thereto (Doc. No. 16), and Plaintiff's Reply Brief (Doc. No. 19), IT IS HEREBY ORDERED that:

1. Plaintiff's Request for Review is DENIED;

2. Judgment is GRANTED against Plaintiff and in favor of Defendant; and

3. The Clerk of Court shall mark this case as closed.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul, the current Commissioner of Social Security, has been automatically substituted as the Defendant in this case pursuant to Fed. R. Civ. P. 25(d).